John E. Justice, WSBA No. 23042
Attorney for Yakima County Defendants
LAW, LYMAN, DANIEL, KAMERRER
& BOGDANOVICH, P.S.
P.O. Box 11880, Olympia, WA 98508
Phone: (360) 754-3480 Fax: 360-357-3511
Email: jjustice@lldkb.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON**

LOAN DUONG, personal representative for the Estate of HIEN TRUNG HUA, Deceased,

Plaintiff,

vs.

WELLPATH, LLC a Delaware Corporation; YAKIMA COUNTY, a Washington State County; YCDOC Officer C Kass; YCDOC J. Nichols; YCDOC Officer J. Contreras; YCDOC Officer Brian O. Brulotte; YCDOC Officer Damian Marquis Spencer; YCDOC Officer Erick Gonzalez-Guzman; YCDOC Officer Alejandro Roman Estrada; YCDOC Corporal Todd Ernest Cooley; YCDOC Officer Martin Dale Gohl; YCDOC Officer Damian Gil; YCDOC Sergeant Freeburg,

Defendants.

NO.  1:25-cv-03057-JAG

**ANSWER OF DEFENDANTS**

TO:     Plaintiff;

AND TO:     Attorneys for Plaintiff.

In Answer to Plaintiff's Complaint, Yakima County; YCDOC Officer C Kass; YCDOC J. Nichols; YCDOC Officer J. Contreras; YCDOC Officer Brian O. Brulotte; YCDOC Officer Damian Marquis Spencer; YCDOC Officer Erick Gonzalez-Guzman; YCDOC Officer Alejandro Roman Estrada; YCDOC Corporal Todd Ernest Cooley; YCDOC Officer Martin Dale Gohl; YCDOC Officer Damian Gil; and YCDOC Sergeant Freeburg, ("Defendants") respond as follows.

**ANSWER OF DEFENDANTS – 1**

**Cause No.:  1:25-cv-03057-JAG**

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480  FAX: (360) 357-3511*

1.   In response to this paragraph, Defendants admit Mr. Hua was booked into the Yakima County Jail on November 18, 2023. Defendants are without information and belief regarding the remainder of this paragraph and deny the same on that basis.

2.   In response to this paragraph, Defendants are without information and belief regarding the remainder of this paragraph and deny the same on that basis.

3.   In response to this paragraph, Defendants are without information and belief regarding the remainder of this paragraph and deny the same on that basis.

4.   In response to this paragraph, Defendants are without information and belief regarding the remainder of this paragraph and deny the same on that basis.

5.   In response to this paragraph, Defendants are without information and belief regarding the remainder of this paragraph and deny the same on that basis.

6.   In response to this paragraph, Defendants are without information and belief regarding the remainder of this paragraph and deny the same on that basis.

7.   In response to this paragraph, Defendants are without information and belief regarding the remainder of this paragraph and deny the same on that basis.

8.   In response to this paragraph, Defendants admit a tort claim was submitted and more than 60 days have elapsed, but are without information and belief regarding the remainder of this paragraph and therefore deny the same.

## JURISDICTION AND VENUE

9.   In response to this paragraph, Defendants object that allegations of jurisdiction are a conclusion of law and denies the same on that basis.  Defendants admit the events underlying this lawsuit, without admitting the factual allegations, occurred in Yakima County, Washington.

**ANSWER OF DEFENDANTS – 2**

**Cause No.:  1:25-cv-03057-JAG**

LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.
ATTORNEYS AT LAW
2674 R.W. JOHNSON RD. TUMWATER, WA  98512
P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880
(360) 754-3480  FAX: (360) 357-3511

**PARTIES**

10.     In response to this paragraph, Defendants are without information and belief regarding this allegation and deny the same on that basis.

11.     In response to this paragraph, Defendants are without information and belief regarding this allegation and deny the same on that basis.

12.     In response to this paragraph, Defendants admit the same.

13.     In response to this paragraph, Defendants neither admit nor deny the same as no factual allegations are made against them.

14.     In response to this paragraph, Defendants admit the first sentence.  The remainder is objected to as argumentative and a conclusion of law and is denied on that basis.  Any remaining factual allegations in this paragraph after the first sentence are denied.

15.     In response to this paragraph, Defendants admit the first sentence.  The remainder is objected to as argumentative and a conclusion of law and is denied on that basis.  Any remaining factual allegations in this paragraph after the first sentence are denied.

16.     In response to this paragraph, Defendants admit the first sentence.  The remainder is objected to as argumentative and a conclusion of law and is denied on that basis.  Any remaining factual allegations in this paragraph after the first sentence are denied.

17.     In response to this paragraph, Defendants admit the first sentence.  The remainder is objected to as argumentative and a conclusion of law and is denied on that basis.  Any remaining factual allegations in this paragraph after the first sentence are denied.

18.     In response to this paragraph, Defendants admit the first sentence.  The remainder is objected to as argumentative and a conclusion of law and is denied on that basis.  Any remaining factual allegations in this paragraph after the first sentence are denied.

**ANSWER OF DEFENDANTS – 3**

**Cause No.:  1:25-cv-03057-JAG**

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480  FAX: (360) 357-3511*

19.     In response to this paragraph, Defendants admit the first sentence.  The remainder is objected to as argumentative and a conclusion of law and is denied on that basis.  Any remaining factual allegations in this paragraph after the first sentence are denied.

20.     In response to this paragraph, Defendants admit the first sentence.  The remainder is objected to as argumentative and a conclusion of law and is denied on that basis.  Any remaining factual allegations in this paragraph after the first sentence are denied.

21.     In response to this paragraph, Defendants admit the first sentence.  The remainder is objected to as argumentative and a conclusion of law and is denied on that basis.  Any remaining factual allegations in this paragraph after the first sentence are denied.

22.     In response to this paragraph, Defendants admit the first sentence.  The remainder is objected to as argumentative and a conclusion of law and is denied on that basis.  Any remaining factual allegations in this paragraph after the first sentence are denied.

23.     In response to this paragraph, Defendants admit the first sentence.  The remainder is objected to as argumentative and a conclusion of law and is denied on that basis.  Any remaining factual allegations in this paragraph after the first sentence are denied.

24.     In response to this paragraph, Defendants admit the first sentence.  The remainder is objected to as argumentative and a conclusion of law and is denied on that basis.  Any remaining factual allegations in this paragraph after the first sentence are denied.

## FACTUAL ALLEGATIONS

25.     In response to this paragraph, Defendants admit the first sentence.  The remainder of this paragraph is a conclusion of law and is denied on that basis.

26.     In response to this paragraph, Defendants are without information or belief as to the truth of the allegations and denies the same on that basis.

**ANSWER OF DEFENDANTS – 4**

**Cause No.:  1:25-cv-03057-JAG**

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480  FAX: (360) 357-3511*

27.    In response to this paragraph, Defendants admit it contracted with WellPath and that the contract speaks for itself.  The remainder of this paragraph is denied.

28.    In response to this paragraph, Defendants admit it contracted with WellPath and that the contract speaks for itself.  Any factual allegations in this paragraph are denied.

29.    In response to this paragraph, Defendants object to this paragraph as argumentative and a conclusion of law.  The referenced NCCHC Jail Standard speaks for itself.  Any factual allegations in this paragraph are denied.

30.    In response to this paragraph, Defendants deny the same.

31.    In response to this paragraph, Defendants object to this paragraph as argumentative and a conclusion of law.  The referenced NCCHC Jail Standard speaks for itself.  Any factual allegations in this paragraph are denied.

32.    In response to this paragraph, Defendants deny the same.

33.    In response to this paragraph, Defendants object to this paragraph as argumentative and a conclusion of law.  The referenced NCCHC Jail Standard speaks for itself.  Any factual allegations in this paragraph are denied.

34.    In response to this paragraph, Defendants deny the same.

35.    In response to this paragraph, Defendants object to this paragraph as argumentative and a conclusion of law.  The referenced NCCHC Jail Standard speaks for itself.  Any factual allegations in this paragraph are denied.

36.    In response to this paragraph, Defendants deny the same.

37.    In response to this paragraph, Defendants object to this paragraph as argumentative and a conclusion of law.  The referenced NCCHC Jail Standard speaks for itself.  Any factual allegations in this paragraph are denied.

**ANSWER OF DEFENDANTS – 5**

**Cause No.:  1:25-cv-03057-JAG**

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480  FAX: (360) 357-3511*

38.     In response to this paragraph, Defendants deny the same.

39.     In response to this paragraph, Defendants object to this paragraph as argumentative and a conclusion of law.  The referenced NCCHC Jail Standard speaks for itself.  Any factual allegations in this paragraph are denied.

40.     In response to this paragraph, Defendants deny the same.

41.     In response to this paragraph, Defendants object to this paragraph as argumentative and a conclusion of law.  The referenced NCCHC Jail Standard speaks for itself.  Any factual allegations in this paragraph are denied.

42.     In response to this paragraph, Defendants deny the same.

43.     In response to this paragraph, Defendants neither admit or deny as no factual allegations are made against defendants.

44.     In response to this paragraph, Defendants object to this paragraph as argumentative and a conclusion of law.  The referenced NCCHC Jail Standard speaks for itself.  Any factual allegations in this paragraph are denied.

45.     In response to this paragraph, Defendants deny the same.

46.     In response to this paragraph, Defendants deny the same.

47.     In response to this paragraph, Defendants neither admit or deny this paragraph as no factual allegations are made against defendants.

48.     In response to this paragraph, Defendants admit a 911 call was made.  Defendants are without information or belief regarding the truth of the remainder of this paragraph and therefore deny the same.

49.     In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

**ANSWER OF DEFENDANTS – 6**

**Cause No.:  1:25-cv-03057-JAG**

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480  FAX: (360) 357-3511*

50.     In response to this paragraph, Defendants are without information or belief regarding the truth of the remainder of this paragraph and therefore deny the same.

51.     In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

52.     In response to this paragraph, Defendants are without information or belief regarding the truth of the remainder of this paragraph and therefore deny the same.

53.     In response to this paragraph, Defendants are without information or belief regarding the truth of the remainder of this paragraph and therefore deny the same.

54.     In response to this paragraph, Defendants are without information or belief regarding the truth of the remainder of this paragraph and therefore deny the same.

55.     In response to this paragraph, Defendants admit Mr. Hua was booked into the Yakima County Jail on a Fourth Degree Assault-DV charge.

56.     In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

57.     In response to this paragraph, Defendants deny the same.

58.     In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

59.     In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

60.     In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

61.     In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

**ANSWER OF DEFENDANTS – 7**

**Cause No.:  1:25-cv-03057-JAG**

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

62.    In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

63.    In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

64.    In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

65.    In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

66.    In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

67.    In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

68.    In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

69.    In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

70.    In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

71.    In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

72.    In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

**ANSWER OF DEFENDANTS – 8**

**Cause No.:  1:25-cv-03057-JAG**

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480  FAX: (360) 357-3511*

73.    In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

74.    In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

75.    In response to this paragraph, Defendants deny the same.

76.    In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

77.    In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

78.    In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

79.    In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

80.    In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

81.    In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

82.    In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

83.    In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

84.    In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

**ANSWER OF DEFENDANTS – 9**

**Cause No.:  1:25-cv-03057-JAG**

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480  FAX: (360) 357-3511*

85.    In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

86.    In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

87.    In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

88.    In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

89.    In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

90.    In response to this paragraph, Defendants deny the same.

91.    In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

92.    In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

93.    In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

94.    In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

95.    In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

96.    In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

**ANSWER OF DEFENDANTS – 10**

**Cause No.:  1:25-cv-03057-JAG**

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480  FAX: (360) 357-3511*

97.    In response to this paragraph, Defendants deny the same.

98.    In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

99.    In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

100.    In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

101.    In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

102.    In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

103.    In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

104.    In response to this paragraph, Defendants deny the same.

105.    In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

106.    In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

107.    In response to this paragraph, Defendants deny the same.

108.    In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

109.    In response to this paragraph, Defendants deny the same.

110.    In response to this paragraph, Defendants deny the same.

**ANSWER OF DEFENDANTS – 11**

**Cause No.:  1:25-cv-03057-JAG**

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480  FAX: (360) 357-3511*

111.    In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

112.    In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

113.    In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

114.    In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

115.    In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

116.    In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

117.    In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

118.    In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

119.    In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

120.    In response to this paragraph, Defendants deny the same.

121.    In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

122.    In response to this paragraph, Defendants deny the same.

**ANSWER OF DEFENDANTS – 12**

**Cause No.:  1:25-cv-03057-JAG**

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480  FAX: (360) 357-3511*

123.    In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

124.    In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

125.    In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

126.    In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

127.    In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

128.    In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

129.    In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

130.    In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

131.    In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

132.    In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

133.    In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

**ANSWER OF DEFENDANTS – 13**

**Cause No.:  1:25-cv-03057-JAG**

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480  FAX: (360) 357-3511*

134.    In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

135.    In response to this paragraph, Defendants deny the same.

136.    In response to this paragraph, Defendants deny the same.

137.    In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

138.    In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

139.    In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

140.    In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

141.    In response to this paragraph, Defendants deny the same.

142.    In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

143.    In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

144.    In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

145.    In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

146.    In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

**ANSWER OF DEFENDANTS – 14**

**Cause No.:  1:25-cv-03057-JAG**

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480  FAX: (360) 357-3511*

147.    In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

148.    In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

149.    In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

150.    In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

151.    In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

152.    In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

153.    In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

154.    In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

155.    In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

156.    In response to this paragraph, Defendants deny the same.

157.    In response to this paragraph, Defendants deny the same.

158.    In response to this paragraph, Defendants deny the same.

159.    In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

**ANSWER OF DEFENDANTS – 15**

**Cause No.:  1:25-cv-03057-JAG**

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480  FAX: (360) 357-3511*

160.    In response to this paragraph, Defendants object that this paragraph is a conclusion of law therefore deny the same on that basis.

161.    In response to this paragraph, Defendants object that this paragraph is a conclusion of law therefore deny the same on that basis.

162.    In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

163.    In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

164.    In response to this paragraph, Defendants are without information or belief regarding the truth of this paragraph and therefore deny the same.

165.    In response to this paragraph, Defendants deny the same.

### CAUSES OF ACTION

166.    In response to this paragraph, Defendants incorporated their responses to paragraphs 1-165 herein.

167.    In response to this paragraph, Defendants object to this paragraph as a conclusion of law and deny the same on that basis.

168.    In response to this paragraph, Defendants deny the same.

169.    In response to this paragraph, Defendants deny the same.

170.    In response to this paragraph, Defendants deny the same.

171.    In response to this paragraph, Defendants incorporate their responses to paragraphs 1-170 herein.

172.    In response to this paragraph, Defendants object to this paragraph as a conclusion of law and deny the same on that basis.

**ANSWER OF DEFENDANTS – 16**

**Cause No.:  1:25-cv-03057-JAG**

*LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480  FAX: (360) 357-3511*

173. In response to this paragraph, Defendants deny the same.

174. In response to this paragraph, Defendants deny the same.

175. In response to this paragraph, Defendants deny the same.

176. In response to this paragraph, Defendants deny the same.

177. In response to this paragraph, Defendants deny the same.

178. In response to this paragraph, Defendants incorporate their responses to paragraphs 1-177 herein.

179. In response to this paragraph, Defendants deny the same.

180. In response to this paragraph, Defendants deny the same.

181. In response to this paragraph, Defendants deny the same.

182. In response to this paragraph, Defendants incorporate their responses to paragraphs 1-181 herein.

183. In response to this paragraph, Defendants deny the same.

184. In response to this paragraph, Defendants deny the same.

185. In response to this paragraph, Defendants deny the same.

186. In response to this paragraph, Defendants incorporate their responses to paragraphs 1-185 herein.

187. In response to this paragraph, Defendants deny the same.

188. In response to this paragraph, Defendants deny the same.

189. In response to this paragraph, Defendants deny the same.

190. In response to this paragraph, Defendants deny the same.

191. In response to this paragraph, Defendants deny the same.

192. In response to this paragraph, Defendants deny the same.

**ANSWER OF DEFENDANTS – 17**

**Cause No.:  1:25-cv-03057-JAG**

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480  FAX: (360) 357-3511*

193.    In response to this paragraph, Defendants deny the same.

194.    In response to this paragraph, Defendants incorporate their responses to paragraphs 1-193 herein.

195.    In response to this paragraph, Defendants deny the same.

196.    In response to this paragraph, Defendants deny the same.

197.    In response to this paragraph, Defendants deny the same.

198.    In response to this paragraph, Defendants deny the same.

199.    In response to this paragraph, Defendants deny the same.

200.    In response to this paragraph, Defendants incorporate their responses to paragraphs 1-199 herein.

201.    In response to this paragraph, Defendants deny the same.

202.    In response to this paragraph, Defendants deny the same.

203.    In response to this paragraph, Defendants deny the same.

204.    In response to this paragraph, Defendants deny the same.

205.    In response to this paragraph, Defendants deny the same.

206.    In response to this paragraph, Defendants neither admit nor deny it as it alleges no facts against Defendants.

## PRAYER FOR RELIEF

In response to the Prayer for Relief, Defendants deny that Plaintiffs are entitled to the relief sought in paragraphs 207-213.

## AFFIRMATIVE DEFENSES

By way of FURTHER ANSWER and AFFIRMATIVE DEFENSES, Defendants allege:

**ANSWER OF DEFENDANTS – 18**

**Cause No.:  1:25-cv-03057-JAG**

*LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA 98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480  FAX: (360) 357-3511*

1. That the plaintiffs have failed to state a claim for which relief can be granted against the defendants.

2. That qualified immunity under state and federal law precludes plaintiffs' claims.

3. That the Plaintiffs failed to mitigate their damages, if any.

4. That the Plaintiffs' damages, if any, were caused by fault of third parties, not in the control of Answering Defendants.

5. That the plaintiff's own comparative fault caused their damages, if any.

Defendants expressly reserves the right to amend this Answer, including the addition of affirmative defenses warranted by investigation and discovery, and to make such amendments either before or during trial, including asserting other defense theories or conforming the pleadings to the proof offered at the time of trial.

WHEREFORE, Defendants pray that Plaintiff's Complaint be dismissed with prejudice and that plaintiff takes nothing by their Complaint and that Defendants be allowed their costs and reasonable attorneys' fees herein.

Dated this 23rd day of May, 2025.

LAW, LYMAN, DANIEL, KAMERRER
& BOGDANOVICH, P.S.

*/s/ John E. Justice*

John E. Justice, WSBA No. 23042
Attorney for Yakima County Defendants
P.O. Box 11880, Olympia, WA 98508
Phone: (360) 754-3480 Fax: 360-357-3511
Email: jjustice@lldkb.com

**ANSWER OF DEFENDANTS – 19**

**Cause No.: 1:25-cv-03057-JAG**

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA 98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480  FAX: (360) 357-3511*

## CERTIFICATE OF ECF FILING AND SERVICE

I hereby certify under penalty of perjury under the laws of the State of Washington that on this date, I caused to be electronically filed the foregoing document, and this Certificate of Filing & Service, via the Court's ECF system, which also constitutes service on counsel for plaintiff pursuant to LCivR 5(b) as follows:

**Plaintiff's Attorney:**
Richard D. Gilliland
Hall and Gilliland PLLC
1111 W Yakima Ave Ste A
Yakima, WA 98902-3077
richard.gilliland@hallandgilliland.com

DATED this 23rd day of May, 2025 at Tumwater, WA.

/s/ Tam Truong_____
Tam Truong, Legal Assistant

**ANSWER OF DEFENDANTS – 20**

**Cause No.:  1:25-cv-03057-JAG**

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480  FAX: (360) 357-3511*