IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

LOAN DUONG, personal representative for the Estate of HIEN TRUNG HUA, Deceased,

     Plaintiff,

v.

WELLPATH, LLC a Delaware Corporation; YAKIMA COUNTY, a Washington State County; YCDOC Officer C Kass; YCDOC J. Nichols; YCDOC Officer J. Contreras; YCDOC Officer Brian O. Brulotte; YCDOC Officer Damian Marquis Spencer; YCDOC Officer Erick Gonzalez-Guzman; YCDOC Officer Alejandro Roman Estrada; YCDOC Corporal Todd Ernest Cooley; YCDOC Officer Martin Dale Gohl; YCDOC Officer Damian Gil; YCDOC Sergeant Freeburg,

    Defendants.

NO.  1:25-CV-03057

**PLAINTIFF'S RESPONSE TO WELLPATH'S MOTION TO DISMISS**

PLAINTIFF Loan Duong, by and through her attorney of record, Richard Gilliland, hereby submits the following in response to Wellpath's Motion to Dismiss.

Memorandum

While Plaintiff does not per se agree that Wellpath has a legal right to dismissal in this matter, Plaintiff is nevertheless agreeing to dismissal under the circumstances of Wellpath, LLC, is currently facing in the neighborhood of 1500 lawsuits across the country and Plaintiff does not believe that pursuing this case against Wellpath is viable at this time.

ORDER DISMISSING WELLPATH, LLC - 1

**HALL AND GILLILAND PLLC**
1111 W. Yakima Avenue
Yakima, WA  98902
Telephone (509) 452-8120
Fax (509) 454-5011

However, the proposed order submitted by Wellpath fails to specifically state that only Defendant Wellpath is being dismissed from this matter.  In addition, this proposed order fails to address fees and costs.

Thus, Plaintiff is presenting a proposed order of her own for the court's consideration.

ORDERED this 7th day of August, 2025.

Presented by:

HALL AND GILLILAND, PLLC


/s/ Richard D. Gilliland
RICHARD D. GILLILAND, WSBA #40474
*Attorney for Plaintiffs*

STIPULATED E-SERVICE
AGREEMENT - 2