FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 15, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LOAN DUONG, personal representative for the Estate of HIEN TRUNG HUA, Deceased,<br><br>                    Plaintiff,<br><br>        v.<br><br>WELLPATH LLC, a Delaware Corporation; YAKIMA COUNTY, a Washington State County; YCDOC Director JEREMY WELCH; YCDOC Officer C. KASS; YCDOC J. NICHOLS; YCDOC Officer J. CONTRERAS; YCDOC Officer BRIAN O. BRULOTTE; YCDOC Officer DAMIAN MARQUIS SPENCER; YCDOC Officer ERICK GONZALEZ-GUZMAN; YCDOC Officer ALEJANDRO ROMAN ESTRADA; YCDOC Corporal TODD ERNEST COOLEY; YCDOC Officer MARTIN DALE GOHL; YCDOC Officer DAMIAN GIL; YCDOC Sergeant FREEBURG,<br><br>                    Defendants. | No. 1:25-CV-03057-MKD<br><br>ORDER OF DISMISSAL AND DENYING WELLPATH LLC'S MOTION TO DISMISS AS MOOT<br><br>**ECF No. 20** |

ORDER - 1

Defendant Wellpath LLC filed a Motion to Dismiss requesting dismissal of all of Plaintiff's claims against it with prejudice.  ECF No. 20.  In response, Plaintiff indicates that she agrees to dismiss Wellpath LLC, from this matter without an award of fees or costs to any party.  ECF Nos. 20, 21.

Fed. R. Civ. P. 41(a)(1)(A)(i) permits a plaintiff to dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."  "Unless the notice or stipulation states otherwise, the dismissal is without prejudice."  Fed. R. Civ. P. 41(a)(1)(B).

The Court construes Plaintiff's response as a notice of dismissal of her claims against Wellpath LLC, who has not filed or served an answer or motion for summary judgment to date.  As Plaintiff's notice does not state otherwise, *see* ECF No. 21, the dismissal of the claims against Wellpath LLC is without prejudice. Wellpath LLC's Motion to Dismiss is denied as moot.

Accordingly, **IT IS HEREBY ORDERED:**

1.      Defendant Wellpath LLC's Motion to Dismiss, **ECF No. 20**, is **DENIED as moot**.

2.      Pursuant to Rule 41(a)(1)(A)(i) and Plaintiff's construed notice of dismissal, all claims against Defendant Wellpath LLC are **DISMISSED without prejudice** and without an award of fees or costs.

ORDER - 2

**IT IS SO ORDERED.** The District Court Executive is directed to file this Order, provide copies to counsel, and **TERMINATE Defendant Wellpath LLC** from this matter.

DATED August 15, 2025.

<u>*s/Mary K. Dimke*</u>
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 3