FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 29, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LOAN DUONG, personal representative for the Estate of HIEN TRUNG HUA, Deceased,<br><br>             Plaintiff,<br><br>  v.<br><br>WELLPATH LLC, a Delaware Corporation; YAKIMA COUNTY, a Washington State County; YCDOC Director JEREMY WELCH; YCDOC Officer C. KASS; YCDOC J. NICHOLS; YCDOC Officer J. CONTRERAS; YCDOC Officer BRIAN O. BRULOTTE; YCDOC Officer DAMIAN MARQUIS SPENCER; YCDOC Officer ERICK GONZALEZ-GUZMAN; YCDOC Officer ALEJANDRO ROMAN ESTRADA; YCDOC Corporal TODD ERNEST COOLEY; YCDOC Officer MARTIN DALE GOHL; YCDOC Officer DAMIAN GIL; YCDOC Sergeant FREEBURG,<br><br>             Defendants. | No. 1:25-CV-03057-MKD<br><br>ORDER DISMISSING JEREMY WELCH<br><br>**ECF No. 31** |

ORDER - 1

Before the Court is Plaintiff's Notice of Voluntary Dismissal of Defendant Jeremy Welch. ECF No. 31. Plaintiff dismisses all claims against Defendant Welch, without prejudice and without an award of attorneys' fees or costs to any party. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), a Plaintiff may dismiss an action without court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Defendant Welch has neither filed an answer nor moved for summary judgment.

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's Notice of Voluntary Dismissal of Defendant Jeremy Welch, **ECF No. 31**, is **GRANTED**.

2. Pursuant to Rule 41(a)(1)(A)(i) and Plaintiff's notice of dismissal, all claims against Jeremy Welch are **DISMISSED without prejudice**, without an award of fees or costs.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, provide copies to counsel, and **TERMINATE** Defendant Jeremy Welch from this matter.

DATED September 29, 2025.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2